120 A.3d 155

GOLD MEDAL BAKERY, INC., PLAINTIFF–APPELLANT, v. SU-
PER BREAD II CORP., SUPER CAKES CORP., AND ARME-
NIO N. MARTINS, DEFENDANTS–RESPONDENTS.

SUPER BREAD II CORP., THIRD–PARTY PLAINTIFF, v.
KARINA FOGLIA, THIRD–PARTY DEFENDANT.

July 28, 2015.

## ORDER

The parties having stipulated to a dismissal of this matter, it is
ORDERED that the within appeal is dismissed with prejudice.